UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:18-CR-42-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| DIQUELLE SWEET | ) |

ORDER GRANTING MOTION TO SEAL

THIS MATTER is before the Court on defendant's motion to file his sentencing memorandum under seal.

FOR GOOD CAUSE SHOWN, defendant' motion is hereby GRANTED.

SO ORDERED this the ___3___ day August, 2018.

_____
James C. Dever, III
Chief United States District Judge

-1-